**United States Bankruptcy Court
for the Eastern District of Virginia
___Alexandria___ Division**

IN RE: The Truland Group, Inc.         Case No. 14-12766-BFK

        Debtor(s)         Adv. Pro No. 16-01137-BFK

                 Chapter   7

## TRANSMITTAL OF REPORT AND RECOMMENDATION
## TO THE U. S. DISTRICT COURT

The parties included in the Report and Recommendation to the District Court:

PARTY: H. Jason Gold, Trustee
ATTORNEY: Dylan G. Trache  (202-712-2800)
101 Constitution Avenue, NW, Suite 900
Washinton, DC  20001

PARTY: Life Science Products, Inc.
ATTORNEY: William E. Leverage, Jr., Resident Agent
13825 Still Pond Road
Still Pond, MD  21667

Date of Report and Recommendation: June 5, 2017
Date of Order on Report and Recommendation (if applicable): _____

**PLEADINGS TRANSMITTED TO U. S. DISTRICT COURT:**

__✓__ Report and Recommendation
_____ Order on Report and Recommendation (if applicable)
_____ Copy of Bankruptcy Docket Sheet
__✓__ Copy of Adversary Proceeding Docket Sheet (if applicable)
__✓__ Other Pertinent Record: Motion for Default Judgment

                      William C. Redden, Clerk of Court
                      By: /s/ Dayna Huntington
                      Deputy Clerk

Date transmitted: June 23, 2017         Telephone No: 703-258-1220

---

U. S. DISTRICT COURT CASE NUMBER: _____
DATE: _____   BY: _____

**PLEASE RETURN COPY UPON COMPLETION**
cc: Attorney for Debtor
    Plaintiff/Defendant